# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Barry T. Moskowitz)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-0078-BTM |
| Plaintiff, | ) | **ORDER TO TERMINATE SUPERVISED RELEASE** |
| vs. | ) | |
| IGNACIO MARTINEZ, JR., | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that supervised release of Ignacio Martinez, Jr., in the above-referenced case be terminated as of the date of this order.

DATED: June 7, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge

1